KRISTOL BRADLEY GINAPP, ESQ.
Nevada Bar No. 8468
E-mail: kginapp@nevadafirm.com
HOLLEY DRIGGS, WALCH
FINE WRAY PUZEY & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone: 702/791-0308
Attorney for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRIDGET PASCUA,<br><br>　　　　Plaintiff,<br>v.<br>JO GENTRY et al.,<br>　　　　Defendants. | CASE NO.: 2:16-cv-01738-RFB-NJK<br><br>**STIPULATION AND ORDER TO DISMISS** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Pro Se Bridget Pascua, and Defendants Jo Gentry, Tanya Hill, Sherrie Horton and Brian Connett, by and through their counsel of record, that Plaintiff's Complaint shall be dismissed with prejudice, and each party to bear their own costs and attorney's fees.

Dated this 1st day of May, 2018.　　Dated this 24th day of March, 2018

HOLLEY DRIGGS WALCH
FINE WRAY PUZEY & THOMPSON

_____　　　　_____ #77664
KRISTOL BRADLEY GINAPP, ESQ.　　　Bridget Pascua, #77664
Nevada Bar No. 8468　　　　　　　　　Florence McClure Women's Correctional Center
400 South Fourth Street, Third Floor　　4370 Smiley Road
Las Vegas, Nevada 89101　　　　　　　Las Vegas, NV 89115
*Attorneys for Defendants*　　　　　　　Plaintiff, Pro Se

IT IS SO ORDERED.

　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　RICHARD F. BOULWARE, II
　　　　　　　　　　　　　　　United States District Judge
　　　　　　　　　　　　　　　DATED this 2nd day of May, 2018.

12137-03/2020245.docx